DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 OCT -9  A  9: 44

RICKY WADE MURPHREE,

     Petitioner,

vs.

         2:07 CV 832 - MHT

STATE OF ALABAMA, et al.,

     Respondents.


### OBJECTION TO RECOMMENDATION BY MAGISTRATE JUDGE

Comes now, Petitioner, Ricky Wade Murphree, with objection to Magistrate Judge Susan Russ

Walker's Recommendation.  Petitioner's State Remedies were exhausted on DIRECT APPEAL of

his conviction in 1998, and the 4 claims that the 11TH CIRCUIT COURT OF APPEALS granted

a CERTIFICATE OF APPEALABILITY for, were exhausted on DIRECT APPEAL.  All filings since

have been to attempt to prove this in both state and federal courts.  HOWEVER, a close review

of all documents will show this to be TRUE.  This own court's Judge Susan Russ Walker has

stated in her recommendations and rulings in the last HABEAS, that Petitioner was Procedurally

Barred from recourse, due to the fact that Petitioner's own attorney did not specifically

address his ISSUES in her filing on his Rule 32 appeal, WHICH CONSTITUTES

INEFFECTIVE ASSISTANCE OF COUNSEL.  The correct procedures were followed to address

this neglect, in filing a 2nd Rule 32, which was denied, without a hearing.  DUE PROCESS

HAS BEEN DENIED.

         RESPECTFULLY SUBMITTED,

         Ricky Wade Murphree

         Ricky Wade Murphree
         Pro Se
         1981 Amber Rose Drive
         Prattville, Alabama 36067
         334-365-3617

## CERTIFICATE OF SERVICE

Comes now, Petitioner, Ricky Wade Murphree, stating that a copy of this document has been sent by First Class Mail to the Attorney General of Alabama, on this day, the 8th of October, 2007.

*Ricky Wade Murphree*

RICKY WADE MURPHREE
Pro Se
1981 Amber Rose Drive
Prattville, Alabama 36067
334-365-3617