IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 OCT -9 A 9:44

RICKY WADE MURPHREE,

    Petitioner,

vs.

2:07cv832-MHT

STATE OF ALABAMA, et.al.,

    Respondents.

## MOTION TO LEAVE OF COURT

Comes now, Petitioner, Ricky Wade Murphree, requesting permission from this Court for LEAVE OF COURT, so that Petitioner may request the 11th Circuit Court of Criminal Appeals' permission to proceed further in this Middle District of Alabama Federal Court.

Respectfully Submitted

*Ricky Wade Murphree*

Ricky Wade Murphree
Pro Se
1981 Amber Rose Drive
Prattville, Alabama 36067
334-365-3617

## CERTIFICATE OF SERVICE

Comes now, Petitioner, Ricky Wade Murphree, stating that a copy of this document has been sent by First Class Mail to the Attorney General of Alabama, on this day, the 8th of October, 2007.

*Ricky Wade Murphree*

RICKY WADE MURPHREE
Pro Se
1981 Amber Rose Drive
Prattville, Alabama 36067
334-365-3617