IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY WADE MURPHREE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-832-MHT |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave of court filed by the petitioner on October 9, 2007 (Court Doc. No. 4), in which the petitioner requests leave of this court to seek authorization from the Eleventh Circuit Court of Appeals to proceed on a successive petition for habeas corpus relief, and as leave of this court is not necessary to the petitioner seeking such authorization from the appellate court, it is

ORDERED that this motion be and is hereby DENIED.

Done this 10th day of October, 2007.

                                     /s/ Susan Russ Walker
                                     SUSAN RUSS WALKER
                                     UNITED STATES MAGISTRATE JUDGE