IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 NOV 13 A 10: 36

RICKY WADE MURPHREE,

    Petitioner,

v.

STATE OF ALABAMA, et.al.,

    Respondents

NOTICE OF APPEAL
2:07cv832-MHT

## NOTICE OF APPEAL

Notice is hereby given that Ricky Wade Murphree (Plaintiff) in the above named case, hereby appeals to the United States Court of Appeals for the 11th Circuit from the final judgment   1) Petitioner's objections (Doc. No. 3) are overruled;  2) The United States Magistrate Judge's recommendation (Doc. No. 2) is adopted;  and  3) The Petition for Writ of Habeas Corpus (Doc. No. 1) is denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.) ...that was entered in this action on the 11th day of October, 2007.

*Ricky Wade Murphree*

Ricky Wade Murphree
Pro Se
1981 Amber Rose Drive
Prattville, Alabama 36067
334-365-3617

## CERTIFICATE OF SERVICE

Comes now, Plaintiff/Petitioner, Ricky Wade Murphree, stating that a copy of the fore going document has been sent postage prepaid, to the Attorney General, in the U.S. Mail, on this, the 13th day of November, 2007. (Due to the Veteran's Day Holiday, today was the first day possible to send it out.)

Attorney General
11 South Union Street
Montgomery, Alabama
334-242-7300

*Ricky Wade Murphree*

Ricky Wade Murphree
1981 Amber Rose Drive
Prattville, Alabama 36067
334-365-3617