IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RICKY WADE MURPHREE,                )
                                    )
    Petitioner,                     )
                                    )
                                    )     CIVIL ACTION NO.
    v.                              )        2:07cv832-MHT
                                    )
STATE OF ALABAMA and                )
TROY KING, Attorney                 )
General of the State                )
of Alabama,                         )
                                    )
    Respondents.                    )

# ORDER

This cause is now before the court on petitioner's notice of appeal (Doc. No. 8), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 26th day of November, 2007.

      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE