Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

February 11, 2008

**Appeal Number: 07-15335-A**
Case Style: Ricky Wade Murphree v. State of AL
District Court Number: 07-00832 CV-T-N

TO:   Debra P. Hackett

CC:   Ricky Wade Murphree

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 11, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-15335-A**
Case Style: Ricky Wade Murphree v. State of AL
District Court Number:  07-00832 CV-T-N


The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens / spt (404) 335-6180

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-15335-A

RICKY WADE MURPHREE,

                                                Petitioner-Appellant,

versus

STATE OF ALABAMA,
TROY KING,
Attorney General of the State of Alabama,

                                                Respondents-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

      Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. §§ 2244(b)(3)(A), 2253(c)(2).

      Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.



                                                /s/ Charles R. Wilson
                                              UNITED STATES CIRCUIT JUDGE