Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

April 03, 2008

**Appeal Number: 07-15335-A**
Case Style: Ricky Wade Murphree v. State of AL
District Court Number:  07-00832  CV-T-N ()

TO:   Ricky Wade Murphree

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 03, 2008

Ricky Wade Murphree
1981 Amber Rose Drive
Prattville  AL  36067

**Appeal Number: 07-15335-A**
Case Style: Ricky Wade Murphree v. State of AL
District Court Number:  07-00832  CV-T-N ()


The following action has been taken in the referenced case:

    The enclosed order has been ENTERED.



    Sincerely,

    THOMAS K. KAHN, Clerk

    Reply To: Deborah Owens (404) 335-6180

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



_____

No. 07-15335-A

_____

RICKY WADE MURPHREE,

                                              Petitioner-Appellant,

versus

STATE OF ALABAMA,
TROY KING,
Attorney General of the State of Alabama,

                                              Respondents-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

Before : **MARCUS and WILSON, Circuit Judges.**

BY THE COURT:

    Appellant has filed a motion to reconsider this Court's order dated February 11, 2008. Upon reconsideration, appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. §§ 2244(b)(3)(A), 2253(c)(2).

    Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.